No. 10-6272. Theodore Tinsley, Petitioner v. United States.

562 U.S. 1141, 131 S. Ct. 903, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 280.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-6297. Rodney C. Bryan, Petitioner v. South Carolina.

562 U.S. 1141, 131 S. Ct. 903, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 470.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-6323. Christopher Irby, Petitioner v. Texas.

562 U.S. 1142, 131 S. Ct. 904, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 68.

January 10, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 327 S.W.3d 138.

No. 10-6337. Javior Martinez Covarrubias, Petitioner v. United States.

562 U.S. 1142, 131 S. Ct. 904, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 553.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 626.

No. 10-6339. Martin Del Valle-Cisneros, Petitioner v. United States.

562 U.S. 1142, 131 S. Ct. 904, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 385.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 319.

No. 10-6446. Adrian Estrada, Petitioner v. Texas.

562 U.S. 1142, 131 S. Ct. 905, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 441.

January 10, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 313 S.W.3d 274.

No. 10-6532. Sherry V. Shaw, Petitioner v. John E. Potter, Postmaster General.

562 U.S. 1142, 131 S. Ct. 906, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 140.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.